# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**ANNA JOHNSON,**

**Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

**Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:06-cv-02434**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for
the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Anna Johnson
is herby dismissed without prejudice.

1. Plaintiff is Ann Johnson; defendants are Pfizer, Inc., Pharmacia
   Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On April 6, 2006, plaintiff sued defendants;

3. Plaintiff moves to dismiss her claims against defendants;

4. This case is not a class action;

5. A receiver has not been appointed to this action;

1

6.  Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated: _7/2/07_                By: _Navan Ward Jr._
                              Navan Ward, Jr. (AL State Bar No. WAR062)
                              Email: navan.ward@beasleyallen.com
                              Jere L. Beasley (AL State Bar No. BEA020)
                              Email: jere.beasley@beasleyallen.com
                              Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                              Email: jerry.taylor@beasleyallen.com
                              Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                              Email: andy.birchfield@beasleyallen.com
                              BEASLEY, ALLEN, CROW, METHVIN,
                              PORTIS & MILES, P.C.
                              Post Office Box 4160
                              Montgomery, Alabama 36103-4160
                              (334) 269-2343 telephone
                              (334) 954-7555 facsimile

                              *Attorneys for Plaintiff*

Dated: _7/2/07_               GORDON & REES

                              _Stuart M. Gordon_
                              Stuart M. Gordon, Esq.
                              Embarcadero Center West
                              275 Battery Street 20th Floor
                              San Francisco, CA 9411
                              (415) 986-5900 (Tel.)
                              (415) 986-8054 (Fax)

                              *Defendant's Liaison Counsel*

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____7/9/2007____

Hon, Charles R. Breyer
United States District Court