1
2  Thomas P. Cartmell, 45366
3  Thomas J. Preuss, 54923
   Christopher L. Schnieders 57725
4  Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
5  Kansas City, MO 64112
   Phone: 816-701-1100
6  Facsimile: 816-531-2372
   Attorneys for Plaintiffs, Michael Hammer and Mary Vice
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
13 |                                          ) Case Specific Number 06-2434
   | IN RE: BEXTRA AND CELEBREX               )
14 | MARKETING SALES PRACTICES AND            ) **MDL NO. 1699**
   | PRODUCT LIABILITY LITIGATION             ) **District Judge: Charles R. Breyer**
15 |                                          )
16 |                                          )
   | Michael Hammer and Mary Vice,            )
17 |                       Plaintiffs,        ) **STIPULATION AND ORDER OF**
   |                                          ) **DISMISSAL WITH PREJUDICE**
18 |           vs.                            )
19 | Pfizer, Inc., et al.                     )
   |                       Defendants.        )
20 |                                          )
21

22      Come now the Plaintiffs, (MICHAEL HAMMER and MARY VICE) Defendants, by and
23 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
24 hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
25 attorneys' fees and costs.
        DATED: February 20, 2009
26
27
                                    By: _____
28
                                    Attorneys for Plaintiff, Michael Hammer and Mary Vice

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 27, 2009 | DLA PIPER US LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Michelle Sadowsky<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR 3 0 2009

_____
Hon. Charles R. Breyer
United States District Court

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**