1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2434 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Terry Abbott, individually, et al.,<br><br>                    Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Come now the Plaintiffs Terry Abbott, individually; Wesley Clay Baird, individually; Doris Brumett, individually; Calahan Charles, individually; Kenny Carpenter, individually; Linda Elliott, individually; Rodney Lee Fuller, individually; Ewing Gilkey, individually; Charles Jones, individually; Jeri M. Kendrick, individually; Astley Earl Lewars, individually; Gary C. Middleton, individually; Donnie R. Pettit, individually; Dorothy Prewitt, individually; Michael Quinn, individually; Linda Steffey, individually; Ruby M. Stone, individually; Ronald Tolle, individually; James E. Wilburn, individually; Connie Wilson, individually; and Everette Woehler, individually in the above-entitled action and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 10/16, 2009    By: /s/ Navan Ward J.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: oct. 22, 2009

Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**