1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12  IN RE: BEXTRA AND CELEBREX         | Case No. : 06-2434 CRB |
|     MARKETING SALES PRACTICES AND      |                        |
| 13  PRODUCT LIABILITY LITIGATION       | MDL NO. 1699           |
|                                        | District Judge: Charles R. Breyer |
| 14                                     |                        |
|     Terry Abbott, individually, et al.,|                        |
| 15                                     |                        |
|                          Plaintiffs    |                        |
| 16                                     | **STIPULATION AND ORDER OF |
|     vs.                                | DISMISSAL WITH PREJUDICE** |
| 17                                     |                        |
| 18  Pfizer Inc, et al.,                |                        |
| 19                       Defendants.   |                        |

20

21      Come now the Plaintiff Larry Campbell in the above-entitled action and Defendants, by

22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

23  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

24  herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

                                        -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42634000.1

DATED: 12/17, 2009  By: /s/ Navan Ward Jr.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Dec. 28, 2009  By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-